FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| UNITED STATES OF AMERICA, | 20CR00120-ODW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii): Distribution of Cocaine Base in the Form of Crack Cocaine] |
| YUAN PU CHI, aka "Lee," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about August 14, 2018, in Los Angeles County, within the Central District of California, defendant YUAN PU CHI, also known as "Lee," knowingly and intentionally distributed cocaine, a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about October 18, 2018, in Los Angeles County, within the Central District of California, defendant YUAN PU CHI, also known as "Lee," knowingly and intentionally distributed at least 28 grams, that is, approximately 53.36 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about March 7, 2019, in Los Angeles County, within the Central District of California, defendant YUAN PU CHI, also known as "Lee," knowingly and intentionally distributed at least 28 grams, that is, approximately 52.18 grams, of a mixture and substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*[signature]*
Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent and Organized Crime Section

SHAWN T. ANDREWS
Assistant United States Attorney
Violent and Organized Crime Section